UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSE CALI | CIVIL ACTION NO.: 16-167 |
| VERSUS | SECTION: |
| CRACKER BARREL<br>OLD COUNTRY STORE, INC. | MAGISTRATE: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Cracker Barrel Old Country Store, Inc. ("Cracker Barrel") gives notice of the removal of this action from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. As grounds for this removal, Cracker Barrel states as follows:

1.

On December 8, 2015, Rose Cali ("Plaintiff") filed a Petition for Damages against Cracker Barrel in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, No. 2015-0003694 Division "F" alleging Cracker Barrel is liable for Plaintiff's injuries in a trip-and-fall accident. A copy of the Petition and Service of Process Transmittal is attached hereto as Exhibit "A."

2.

Cracker Barrel was served with the Citation and Plaintiffs' Petition for Damages on December 21, 2015. A copy of the Citation served upon Cracker Barrel is attached hereto as Exhibit "B."

3.

In accordance with Louisiana law C.C.P. Art. 983, the original petition did not demand a specific dollar amount.

4.

On August 27, 2015, prior to the filing of this suit, counsel for Plaintiff sent a demand letter to Cracker Barrel outlining more than $523,724.94 in alleged damages. The demand letter is attached hereto as Exhibit "C". This demand served as written notice that Plaintiff's claim exceeds $75,000.00.

5.

An Answer has not yet been filed in this matter, but will be filed immediately following the filing of this Notice of Removal.

6.

This Notice of Removal has been filed within 30 days after Cracker Barrel was served with Plaintiff's petition as required by 28 U.S.C. § 1446(b)(1).

7.

This case is an action over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendant, Cracker Barrel, pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

8.

Plaintiff was at the time of the filing of this action, and still is, a citizen of the State of Louisiana. Cracker Barrel was at the time of the filing of this action, and still is, a foreign corporation incorporated in the State of Tennessee and having its principal place of business in Tennessee.

9.

Cracker Barrel will provide notice to the Plaintiff of this Removal, through delivery of a copy of this Notice of Removal to her counsel of record, and to the Clerk of the 21st Judicial District Court for the Parish of Tangipahoa, through filing into the record therein a Notice of Filing Notice of Removal.

10.

WHEREFORE, Cracker Barrel Old Country Store, Inc. respectfully requests that this Court take jurisdiction of this action, and that this case be removed from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to this Court.

Dated this 7th day of January 2016.

Respectfully submitted,

      /s/ Marcelle P. Mouledoux
Stephen C. Resor (Bar No. 16767) T.A.
Marcelle Mouledoux (Bar No. 30339)
Amy Dunn Hotard (Bar No. 31709)
**SALLEY, HITE, MERCER & RESOR, LLC**
365 Canal Street
One Canal Place, Suite 1710
New Orleans, Louisiana  70130
Email:  sresor@shmrlaw.com
         mmouledoux@shmrlaw.com
         ahotard@shmrlaw.com
Telephone:     (504) 566-8800
Facsimile:      (504) 566-8828
**Attorneys for Defendant,**
**Cracker Barrel Old Country Store, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2016 I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed. I further certify that I mailed the foregoing document and notice of electronic filing to any non-CM/ECF participant.

      /s/ Marcelle P. Mouledoux