# CITATION



ROSE CALI

Versus

CRACKER BARREL OLD COUNTRY STORE INC

Case: 2015-0003694
Division: F
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

DTM

To: CRACKER BARREL OLD COUNTRY STORE INC
THRU ITS REGISTERED AGENT
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney BRIAN P MARCELLE and was issued by the Clerk of Court on December 14, 2015.

<u>Pleading Served</u>

PETITION FOR DAMAGES

s/Debi McCoy

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

*Personal Service* on the party herein named _____.

*Domiciliary Service* on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $ _____
Mileage    $ _____       By: _____
Total        $ _____            Deputy Sheriff

PREPAID

EXHIBIT A

[ SERVICE ]



**FAX FILED**
Dec 8 2015

21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO: 2015-0003694               DIVISION F

**ROSE CALI**

VERSUS

**CRACKER BARREL OLD COUNTRY STORE, INC.**

FILED: DEC 14 2015       s/Debi McCoy

DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **ROSE CALI**, who respectfully represents that:

1.

Made Plaintiff is:

A. **ROSE CALI**, a person of the full age of majority and domiciled in the Parish of Tangipahoa, State of Louisiana.

Made Defendant herein is:

A. **CRACKER BARREL OLD COUNTRY STORE INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

Venue in this Court is proper according to Louisiana Code of Civil Procedure article 42 and 74, *et seq.*

3.

On or about March 28, 2015, Rose Cali was in the process of entering the Cracker Barrel Old Country Store #352 located at municipal address 201 Westin Oaks Dr, Hammond, LA 70403, when she tripped and fell over the bottom section of a rocking chair that was in her walking path at the entrance of the store.

4.

At all relevant times, Cracker Barrel Old Country Store, Inc. owned the premises located at municipal address 201 Westin Oaks Dr, Hammond, LA 70403.

5.

At all relevant times, Cracker Barrel Old Country Store, Inc. operated a business on the premises located at municipal address 201 Westin Oaks Dr, Hammond, LA 70403.

1

6.

At all relevant times, Cracker Barrel Old Country Store, Inc. had custody and control over the premises of the property located at municipal address 201 Westin Oaks Dr, Hammond, LA 70403

7.

While on the subject premises, Rose Cali tripped over a rocking chair and fell to the ground. The rocking chair was sticking out into the walking path and constitutes an unreasonably dangerous condition. As a result of this fall, Rose Cali suffered serious injuries, including, but not limited to, a broken hip which necessitated a total hip replacement surgery.

8.

Rose Cali has also experienced physical and mental pain and suffering and has undergone significant treatment with physicians and physical therapists. Rose Cali will also incur future medical expenses, possible future surgeries, loss of enjoyment of life, loss of consortium, and other damages that may be proven at the trial on the merits.

9.

At all relevant times, Cracker Barrel Old Country Store, Inc. either created, knew, or in the exercise of reasonable care, should have known of the ruin, vice, or defect that caused Rose Cali's injuries. Additionally, Rose Cali's injuries could have been prevented by the exercise of reasonable care that Cracker Barrel Old Country Store, Inc. failed to exercise.

10.

Rose Cali's injuries and damages were caused by the negligent acts of omission and/or commission on the part of Cracker Barrel Old Country Store, Inc., which owed and breached several duties to Rose Cali. These breached duties include, but are not limited to:

a. Failing to keep its premises in a reasonably safe condition;

b. Failing to use a reasonable effort to keep the premises free of the hazardous conditions that gave rise to Rose Cali's damages;

c. Failing to prevent Rose Cali from suffering harm on the property;

d. Failing to warn Rose Cali of the dangerous condition existing on the property;

e. Failing to use reasonable care to keep the property free of hazardous conditions;

f. Failing to properly inspect the property;

g. Failing to provide a safe environment for customers;

h. Failing to warn Rose Cali of the property's unreasonable risks of harm;

i. Failing to implement proper procedures to maintain a safe environment for customers;

2

j. Failing to implement a proper plan to inspect and remove hazardous and unreasonably dangerous conditions;

k. Failing to provide a hazard-free environment for Rose Cali on the property;

l. Failing to remedy unreasonably dangerous hazards that Defendant had actual knowledge or constructive knowledge thereof;

m. Failing to comply with applicable building codes and regulations under local, state and federal law, including but not limited to OSHA standards, and specifically concerning regulations affecting electricity;

n. Such other acts and omissions as will be shown at the trial, all of which were in contravention of the exercise of due care, prudence and the laws of the State of Louisiana, which are specifically pleaded herein as though copied *in extenso*.

11.

Cracker Barrel Old Country Store, Inc. owed a duty to Rose Cali to exercise reasonable care to keep its premises in a reasonably safe condition, as well as put forth a reasonable effort to keep the premises free of any hazardous conditions that might give rise to such damage.

12.

The subject condition in the walkway of Cracker Barrel Old Country Store, Inc. presented an unreasonable risk of harm to Rose Cali. This risk of harm was reasonably foreseeable to Cracker Barrel Old Country Store, Inc., who had actual or constructive notice of the condition causing the damage prior to the occurrence.

13.

Cracker Barrel Old Country Store, Inc. failed to exercise reasonable care. Additionally, Cracker Barrel Old Country Store, Inc. failed to establish or adhere to relevant safety procedures.

14.

Rose Cali's damages through the aforementioned events were the direct and proximate result of the failure of Cracker Barrel Old Country Store, Inc to use ordinary care for the safety of other persons.

15.

Defendant is liable unto plaintiff jointly, severally and *in solido* for the damages that Rose Cali sustained as a result of the accident at issue with any others that might later be included in this litigation or deemed liable.

16.

Rose Cali itemizes the damages she suffered that were proximately caused by the above-described negligence of defendants as follows, to-wit:

   a. Past physical pain, suffering, and discomfort;

   b. Past mental anguish, aggravation, and annoyance;

   c. Future physical pain, suffering, and discomfort;

   d. Future mental anguish, aggravation, and annoyance;

   e. Past medical expenses;

   f. Future medical expenses;

   g. Past lost wages;

   h. Future lost wages;

   i. Property damage;

   j. Loss of enjoyment of life;

   k. Loss of consortium;

   l. Disability from engaging in recreation; and

   m. All other damages that will be proven at the trial of this matter.

17.

Plaintiffs further affirmatively plead the doctrine of *res ipsa loquitur* in that the accident and injuries and damages would not have occurred in absence of the negligence of the defendant.

18.

Cracker Barrel Old Country Store, Inc is liable for the acts of its employees and agents, acting within the scope of their employment or agency.

19.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff **ROSE CALI**, prays that Defendant, **CRACKER BARREL OLD COUNTRY STORE, INC.,** be served with a copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, there be judgment in favor of Plaintiff and against Defendant in an amount of damages to be determined and found reasonable at trial, together with legal interest thereon from the date of

judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief as the court may deem fit.

>Respectfully submitted,
>
>HUBER, SLACK, THOMAS
>& MARCELLE, LLP
>
>
>BRIAN P. MARCELLE, BAR NO. 25156
>J. CHRISTOPHER ZAINEY, JR., BAR NO. 32022
>1100 Poydras Street, Suite 1405
>New Orleans, LA 70163
>Telephone: (504) 274-2500
>Facsimile: (504) 910-0838
>Brian@huberslack.com
>ATTORNEY FOR PLAINTIFFS

**PLEASE SERVE:**

**CRACKER BARREL OLD COUNTRY STORE, INC.**
Through its registered agent:
5615 Corporate Blvd., Ste. 400b
Baton Rouge, La 70808

STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA ___ DEC 1 4 2015
I, s/Debi McCoy, do hereby certify that this document is a true and correct copy of the original thereof, consisting of ___ page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 3758.

DEPUTY CLERK

5