MINUTE ENTRY
KNOWLES, M.J.
MARCH 13, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ROSE CALI**                                                                 **CIVIL ACTION**

**VERSUS**                                                                    **NO. 16-00167**

**CRACKER BARREL OLD COUNTRY STORE, INC.**        **SECTION "L" (3)**

    A settlement conference in the above matter was conducted this date.

    PRESENT:    Stephen Resor
                         Brian Marcelle
                         Chris Zainey
                         Sandy Flores
                         Dianne Gagliano

    Following discussions among the parties, the above-captioned case has settled.   The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*[signature]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 2:30