**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROSE CALI** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 16-167** |
| | * | |
| **CRACKER BARREL OLD COUNTRY STORE, INC.** | * | **SECTION "L" (3)** |

## ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 13th day of March, 2017.

_____

UNITED STATES DISTRICT COURT JUDGE

1